IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Criminal Action No. 13-cr-00142-REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1)  SEVERO MORENO,
     a/k/a "Juan";
2)  ERIK ESPINOZA-MORENO;
8)  SAMUEL RODRIGUEZ;
9)  OMAR TORRES;
     a/k/a Bartolo Pita Walle, and
10) FLORENTINO PONCE CAMPUZANO
     a/k/a Jesus Rodriguez-Lomeli
     a/k/a Jesus Rodriguez-Lemeli
     a/k/a Jose Camerino-Pita
     a/k/a Jose Camarino Pita-Lomeli
     a/k/a Bernabel Zuniga-Silva
     a/k/a Nicanol Soto-Wing,

    Defendants.

---

### ORDER FOR RELEASE OF GRAND JURY MATERIALS

**Blackburn, J**.

On consideration of the Government's Motion To Disclose Copies of Transcripts of Grand Jury Materials pursuant to Rule 6(e)(3)(E)(i) of the Federal Rules of Criminal Procedure, and on consideration of the Government's Notice of Error, it is hereby:

**ORDERED** that copies of the transcripts of testimony given before the Grand Jury and exhibits used before the Grand Jury be disclosed to the attorneys for the defendants in the above captioned case for preparation for trial.

It is further **ORDERED**, in light of the Government's notice of error, that counsel for defendant Erik Espinoza-Moreno is permitted to re-open cross-examination of TFO James Lamberth, if requested, in reference to the litigation of Document #'s 330 and 331, within the continued motions hearings in this matter. Those hearings are set to occur before this Court on Friday, December 12, 2014. Such cross-examination shall be limited in scope to issues raised, if any, by the release of grand jury materials.

Dated this 5th day of December, 2014, at Denver, Colorado.

                                            BY THE COURT:

                                            s/ Robert E. Blackburn
                                            United States District Judge